**UNITED STATES of America,
Plaintiff–Appellee,**

v.

**Marion Shawn ANDERSON,
Defendant–Appellant.**

**No. 15–6421.**

United States Court of Appeals,
Fourth Circuit.

Submitted: June 18, 2015.

Decided: June 23, 2015.

Marion Shawn Anderson, Appellant Pro Se. Karen Ledbetter Taylor, Assistant United States Attorney, Elizabeth Nash Eriksen, Office of the United States Attorney, Alexandria, Virginia, for Appellee.

Before SHEDD, DUNCAN, and AGEE, Circuit Judges.

Affirmed by unpublished PER CURIAM opinion.

Unpublished opinions are not binding precedent in this circuit.

PER CURIAM:

Marion Shawn Anderson appeals the district court's orders denying his motion to seal and his motion for reconsideration. We have reviewed the record and find no reversible error. Accordingly, we affirm for the reasons stated by the district court. *United States v. Anderson*, No. 1:11–cr–00231–LMB–1 (E.D. Va. Feb. 20, 2015; Mar. 16, 2015). We dispense with oral argument because the facts and legal contentions are adequately presented in the materials before this court and argument would not aid the decisional process.

*AFFIRMED.*